MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ERNEST CHRISTOPHER MURRAY

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

107.1 WTLZ - ALPHA MEDIA RADIO

MR. MARK THOMAS

MRS. YVONNE DANIELS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.

_____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

Case: 1:25−cv−11878
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 6/20/2025
Description: CMP MURRAY V. 107.1
WTLZ−ALPHA MEDIA RADIO ET
AL (NA)

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ernest Christopher Murray |
| Street Address | 9579 Dogwood Lane |
| City and County | Breinigsville |
| State and Zip Code | Pennsylvania, 18031 |
| Telephone Number | 732-429-0933 |
| E-mail Address | ecmurray005@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | 107.1  WTLZ - ALPHA MEDIA RADIO |
| Job or Title (if known) | |
| Street Address | 1795 TITTABAWASSEE RD. |
| City and County | SIGINAW,  SIGINAW COUNTY |
| State and Zip Code | MICHIGAN,  48604 |
| Telephone Number | 989-752-3456 |
| E-mail Address (if known) | mark.thomas@alphamedia |

Defendant No. 2

| | |
|---|---|
| Name | ALPHA MEDIA LLC |
| Job or Title (if known) | RADIO STATION |
| Street Address | 1211 SW 5TH AVE   SUIT  600 |
| City and County | PORTLAND |
| State and Zip Code | OREGON, 97204 |
| Telephone Number | 503-517-6000 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | MR.  MARK THOMAS |
| Job or Title (if known) | GENERAL MANAGER |
| Street Address | 1795 TITTABAWASSEE RD. |
| City and County | SIGINAW,  SIGINAW |
| State and Zip Code | MICHIGAN, 48604 |
| Telephone Number | 989-752-3456 |
| E-mail Address (if known) | mark.thomas@alphamedia |

Defendant No. 4

| | |
|---|---|
| Name | MRS. YVONNE DANIELS |
| Job or Title (if known) | PROGRAM MANAGER |
| Street Address | 1795 TITTABAWASSEE RD. |
| City and County | SIGINAW,  SIGINAW |
| State and Zip Code | MICHIGAN, 48604 |
| Telephone Number | 989-752-3456  ext. 3064 |
| E-mail Address (if known) | yvonne@kisswtlz.com |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Lanham Act 15 U.S.C.  1114
15 U.S.C.  1125

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* ERNEST CHRISTOPHER MURRAY          ,
is a citizen of the State of *(name)* PENNSYLVANIA         .

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.   If the defendant is a corporation
The defendant, *(name)* 107.1 WTLZ ALPHA MED, is incorporated
under the laws of the State of *(name)* MICHIGAN               , and
has its principal place of business in the State of *(name)*
OREGON               . *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff seeks remedy from Defendant: 107.1 WTLZ Alpha Media, for knowingly, deliberately, and continuously using his registered trademark to brand and sell services of their radio station  Since Nov. of 2023. Defendant has disregarded four - 4 Cease And Desist Demands. At this point has likely caused irreparable damage to Plaintiff's ability to fully monetize use of mark.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. Plaintiff owns USPTO Registered Trademark Serial No. 90846658, Reg No. 7129385 for "Simply The Best";  Plaintiff uses various extensions with trademark such as: Simply The Best R&B,  R&B Hits and More,  All Your Favorite Songs. in 2018 Plaintiff created "Simply The Best" for Radio Syndication company Envision Networks - at the request of Mr. Michael Lichtstein.

------------------------------------

2. For 2 and 1/2  years Plaintiff has repeatedly asked, and  pleaded with 107.1 WTLZ Alpha Media  to provide evidence of rights to use "Simply The Best".   To this day, NONE  has been provided.   Plaintiff discovered Defendants earliest use of  "Simply The Best " was November 19, 2020 Plaintiff  can provide evidence of filing for Trademark well before that date.

3. Plaintiff communicated with Defendants numerous times via email and phone. However, once Cease and Desist were presented, Defendants stopped comminication.  Plaintiff repeatedly provided Defendants with documentation, including the Trademark Registrattion, serial number,  and proof of ownership of trademark "Simply The Best".  Defendant removed the name from the station logo, but continued all other use! Defendants ignored at least Four  -4 Cease and Desist emails since 2023, as recent as  June of 2025.

------------------------------------

4. 107.1 WTLZ Alpha Media is STILL, willing, and knowingly using "Simply The Best" as the face, and brand to market and sell the services of the radio station daily live, branded on line, on the WTLZ website, and endorsed by Steve Harvey, on behalf of 107.1 WTLZ Alpha Media.

------------------------------------

5. for  2 & 1/2 years 107.1 WTLZ Alpha Media has continuously, branded the radio staion, using a known registered trademark.  This has caused the Plaintiff's staff  to become skeptical, questioning if  the ownership was authentic. It implies that the Plaintiff has stolen "Simply The Best". Because Steve Harvey promotes "Simply The Best" 107.1 WTLZ Alpha Media, the

**IV.      Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully asks the court to award the following relief:

Have 107.1 WTLZAlpha Media to provide authority to use Trademark "Simply The Best".

An INJUNCTION to have 107.1 WTLZ Alpha Media, immediatly discontinue use of trademark "Simply The Best".

:15 Second On -Air Statement Telling of Authentic Owner with apology - Twice Per Hour :30 mins apart. Statement is to be clear, no music, repeated each time, and not hurried.

Destruction Of  Forefeiture:
Punitive Damages:    $2,000,000.00
Damages:                   $2,000,000.00
Stress:                        $4,000,000.00
Pain and Suffering:      $150,000.00
Infringer Profitts:   To Be Determined

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____ June   20,  , 20 25 _____.

Signature of Plaintiff        _____

Printed Name of Plaintiff      Ernest Christopher Murray _____

6

**Additional Information:**

Defendant has added a two letter - one character suffix R&B to an existing Registered Trademark. The USPTO clearly expressed, it is NOT permitted to have a mark that is identical, similar,  or one that causes confusion of ownership, service, or goods within the same industry. This has been in use for years, and is currently in use on 93.7WOCS  since January 1, 2024.

The earliest use found for Defendants use is November 2020.
Defendant removed the Plaintiff's trademark from the 107.1 WTLZ radio station logo on the Alpha Media website. So Plaintiff believed the use had stopped.  However Plaintiff listened months later only to discover, the owners trademark was still being used On Air, and the website! It was only removed from the radio station's logo banner.    Without authorization 107.1 WTLZ Alpha Media has used Plaintiff's Trademark "Simply The Best" adding R&B. This creates confusion; and is NOT affiliated with TM "Simply The Best".

Plaintiff created program specifically for national radio syndication for Envision Networks - Mr. Michael Lichtstein,  not local radio.  Plaintiff has marketed "Simply The Best" to various syndication, and conglomerate radio broadcast companies.  Plaintiff was instructed by most to gain three 3 stations to carry the program in order to be awarded syndication. Plaintiff has already had the program on two. However, this has become far more complex because of 107.1 WTLZ Alpha Media's use and branding.

Steve Harvey is amongst the top radio syndicated personalities in the country, He is also the television host of "Family Feud", an author, and a movie star.  His use of the mark "Simply The Best" on behalf of 107.1 WTLZ  is an extremely powerful superstar endorsement, and nearly impossible to equal. Ongoing endorsements from him daily, using the mark, is nearly irreversible impossible to recover from.

After seeing 107.1  WTLZ  Alpha Media using Simply The Best on their station logo, and hearing Steve Harvey doing promotions for WTLZ daily;  Plaintiff's staff questioned if he truly owned the trademark "Simply The Best". Plaintiff has been questioned with skepticism.

This created apprehension of Plaintiff's authenticity of ownership even by his staff.  This created the obstacle of Plaintiff trying to establish himself as the authentic user and owner of "Simply The Best". As a result, it has caused the Plaintiff to submit only to smaller market radio stations, and unknowingly been refused work because of  107.1 WTLZ using the mark.  This has, and will cause Plaintiff further embarrassment of struggling to convince individuals of rightful ownership after hearing of 107.1 WTLZ's use.

Defendant knowingly continued working with a Registered Trademark for over two -2 years, even after being notified via email in 2023.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff _____ *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - Product Liability <br> ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated New Drug Application <br> ☐ 840 Trademark <br> ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit (15 USC 1681 or 1692) <br> ☐ 485 Telephone Consumer Protection Act <br> ☐ 490 Cable/Sat TV |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement | **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Management Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement Income Security Act <br><br> **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration Actions | **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br><br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 850 Securities/Commodities/ Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: _____

Brief description of cause: _____

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?                    ☐ Yes
                                                                                   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other       ☐ Yes
            court, including state court? (Companion cases are matters in which   ☑ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____